AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| AMBER YOUNG, on behalf of herself and all others similarly situated,<br>    Plaintiff<br>v.<br>I LOVE THIS BAR, LLC, et al.,<br>    Defendant | )<br>)<br>)  Civil Action No. 2:20-cv-3971<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court approves and grants the parties' Joint Motion for FLSA Collective Action Settlement. Plaintiffs' claims are dismissed with prejudice. This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  5/9/2022

CLERK OF COURT

*Theresa J. B___*
Signature of Clerk or Deputy Clerk